PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 00-CR-976(RR) |
| DOCKET NUMBER *(Rec. Court)* |
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Brian Pope | Eastern District of New York | Brooklyn, N.Y. |
| | NAME OF SENTENCING JUDGE | |
| | Reena Raggi, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM Dec. 29, 2004 | TO Dec. 28, 2009 |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 3 1 2005 ★
LONG ISLAND OFFICE

| OFFENSE |
|---|
| Conspiracy to Import Cocaine, 21 U.S.C. 960(b)(2), a class B felony |

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Eastern_____ DISTRICT OF _____New York_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____District of Maryland_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____10/24/05_____              s/Reena Raggi
Date                              _____United States District Judge_____

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Maryland_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                              _____
*Effective Date*                    *United States District Judge*