| | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| PROB 22 (Rev. 2/88) | FILED ___ ENTERED ___ LODGED ___ RECEIVED | 00-CR-976(RR) |
| TRANSFER OF JURISDICTION NOV 1 4 2005 AT BALTIMORE CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND BY ___ DEPUTY | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Brian Pope | Eastern District of New York | Brooklyn, N.Y. |
| FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ OCT 31 2005 ★ LONG ISLAND OFFICE | NAME OF SENTENCING JUDGE Reena Raggi, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM Dec. 29, 2004 | TO Dec. 28, 2009 |

OFFENSE
Conspiracy to Import Cocaine, 21 U.S.C. § 960(b)(2), a class B felony

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Eastern____ DISTRICT OF ____New York____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____District of Maryland____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/24/05
*Date*

s/Reena Raggi
*United States District Judge*

ATTEST
DATED November 10, 2005
ROBERT C. HEINEMANN
CLERK
BY: Jeanine Piper
DEPUTY CLERK

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____ DISTRICT OF ____Maryland____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

I hereby attest and certify on __November 15, 2005__ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By: ____ Deputy

12/13/05
*Effective Date*

s/Marvin Garbis
*United States District Judge*